COPY

1   John B. Sganga, Jr. (CSB # 116,211)
    jsganga@kmob.com
2   Karen Vogel Weil (CSB # 145,066)
    kweil@kmob.com
3   Jon W. Gurka (CSB # 187,964)
    jgurka@kmob.com
4   David G. Jankowski (CSB # 205,634)
    djankowski@kmob.com
5   Marko R. Zoretic (CSB # 233,952)
6   mzoretic@kmob.com
    KNOBBE, MARTENS, OLSON & BEAR, LLP
7   2040 Main Street, Fourteenth Floor
    Irvine, CA 92614
8   Telephone:  (949) 760-0404
    Facsimile:  (949) 760-9502
9

10  Attorneys for Plaintiff
    KRUSE TECHNOLOGY PARTNERSHIP
11

12          IN THE UNITED STATES DISTRICT COURT
13      FOR THE CENTRAL DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  KRUSE TECHNOLOGY<br>16  PARTNERSHIP, | Civil Action No. **SACV10-01066 AG (RNBx)** |
| 17             Plaintiff, | **COMPLAINT FOR PATENT**<br>**INFRINGEMENT** |
| 18          v. | |
| 19  DAIMLER AG; MERCEDES-BENZ<br>20  USA, LLC; DETROIT DIESEL<br>CORPORATION; FREIGHTLINER<br>CORPORATION; WESTERN STAR<br>21  TRUCK SALES, INC.;<br>VOLKSWAGEN AG;<br>22  VOLKSWAGEN GROUP OF<br>AMERICA, INC., d/b/a AUDI OF<br>23  AMERICA, INC.; FORD MOTOR<br>COMPANY; CUMMINS INC.; and<br>24  CHRYSLER GROUP LLC, | **DEMAND FOR JURY TRIAL** |
| 25             Defendants. | |

26
27
28

Plaintiff Kruse Technology Partnership hereby complains of Defendants Daimler AG; Mercedes-Benz USA, LLC; Detroit Diesel Corporation, Freightliner Corporation; Western Star Truck Sales, Inc.; Volkswagen AG; Volkswagen Group of America, Inc., doing business in part as Audi of America, Inc.; Ford Motor Company; Cummins Inc.; and Chrysler Group LLC (collectively, "Defendants"), and alleges as follows:

## I.  THE PARTIES

1.      Kruse Technology Partnership ("Kruse") is a California limited partnership located at 1121 N. Cosby Way, Suite G, Anaheim, California 92806.

2.      Upon information and belief, Daimler AG ("Daimler") is a corporation organized and existing under the laws of the Country of Germany, having a principal place of business at Mercedesstrasse 137, 70327 Stuttgart, Germany.

3.      Upon information and belief, Mercedes-Benz USA, LLC ("Mercedes Benz") is a limited liability corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 3 Mercedes Drive, Montvale, New Jersey 07645.

4.      Upon information and belief, Detroit Diesel Corporation ("Detroit Diesel") is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 13400 Outer Drive West, Detroit, Michigan 48239.

5.      Upon information and belief, Freightliner Corporation ("Freightliner") is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 4747 North Channel Avenue, Portland, Oregon 97217.

6.      Upon information and belief, Western Star Truck Sales, Inc. ("Western Star") is a corporation organized and existing under the laws of the State of Washington, having a principal place of business at 4747 North

Channel Avenue, Portland, Oregon 97217.

7.     Upon information and belief, Volkswagen AG is a corporation organized and existing under the laws of the Country of Germany, having a principal place of business at Berliner Ring 1, D-38436 Wolfsburg, Germany.

8.     Upon information and belief, Volkswagen Group of America, Inc. ("Volkswagen America") is a corporation organized and existing under the laws of the state of New Jersey, having a principal place of business at 2200 Ferdinand Porsche Drive, Herndon, Virginia 20171.   Upon information and belief, Volkswagen America does business in part under the name "Audi of America, Inc."

9.     Upon information and belief, Ford Motor Company ("Ford") is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at One American Road, Dearborn, Michigan 48126.

10.    Upon information and belief, Cummins Inc. ("Cummins") is a corporation organized and existing under the laws of the State of Indiana, having a principal place of business at 500 Jackson Street, Columbus, Indiana 47202.

11.    Upon information and belief, Chrysler Group LLC ("Chrysler") is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 1000 Chrysler Drive, Auburn Hills, Michigan 48326.

12.    Upon information and belief, Defendants do business in this judicial district, and have committed acts of infringement in this District.

## II.  <u>JURISDICTION AND VENUE</u>

13.    Kruse realleges and reincorporates the allegations set forth in paragraphs 1 through 12.

14.    This cause of action arises under the patent laws of the United

1    States, 35 U.S.C. § 100, et seq., more particularly 35 U.S.C. § 271 and § 281.

2        15.    Subject matter jurisdiction in this Court is proper under 28 U.S.C.
3    § 1338(a).

4        16.    Venue is proper in this District under 28 U.S.C. §§ 1391 and
5    1400(b).

6        ### III.   <u>FIRST CLAIM FOR RELIEF: PATENT INFRINGEMENT</u>
7        ### <u>(U.S. PATENT NO. 5,265,562)</u>

8        17.    Kruse realleges and reincorporates the allegations set forth in
9    paragraphs 1 through 16.

10       18.    On November 30, 1993 the United States Patent and Trademark
11   Office duly and lawfully issued U.S. Patent No. 5,265,562 ("the '562 patent")
12   entitled "Internal Combustion Engine With Limited Temperature Cycle" to
13   Douglas C. Kruse.

14       19.    Kruse is the owner of the '562 patent.

15       20.    Upon information and belief, Defendants have in the past and are
16   currently infringing the '562 patent by, without authority, making, using,
17   offering to sell, or selling, within the United States, or importing into the United
18   States, their engines and/or vehicles equipped with engines that practice the
19   patented methods.  Defendants' acts constitute direct and indirect infringement
20   of the '562 patent in violation of 35 U.S.C. § 271.

21       21.    Upon information and belief, the infringement by Detroit Diesel,
22   Ford, Cummins, and Chrysler has been willful, intentional and deliberate with
23   full knowledge of the '562 patent.   This is an exceptional case within the
24   meaning of 35 U.S.C. § 285 with respect to Detroit Diesel, Ford, Cummins, and
25   Chrysler.

26       22.    Upon information and belief, Kruse has been and will continue to
27   be injured by Defendants' infringement of the '562 patent, and such acts will
28   continue unless they are enjoined therefrom.

-3-

23.     Upon information and belief, Defendants have derived, received, and will continue to derive and receive gains, profits and advantages from the aforesaid acts of infringement in an amount that is not presently known to Kruse.  By reason of the aforesaid infringing acts, Kruse has been damaged, and is entitled to monetary relief in an amount to be proven at trial.

## IV.  SECOND CLAIM FOR RELIEF: PATENT INFRINGEMENT (U.S. PATENT NO. 6,058,904)

24.     Kruse realleges and reincorporates the allegations set forth in paragraphs 1 through 23.

25.     On May 9, 2000 the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 6,058,904 ("the '904 patent") entitled "Internal Combustion Engine With Limited Temperature Cycle" to Douglas C. Kruse.

26.     Kruse is the owner of the '904 patent.

27.     Upon information and belief, Defendants have in the past and are currently infringing the '904 patent by, without authority, making, using, offering to sell, or selling, within the United States, or importing into the United States, their engines and/or vehicles equipped with engines that practice the patented methods.  Defendants' acts constitute direct and indirect infringement of the '904 patent in violation of 35 U.S.C. § 271.

28.     Upon information and belief, the infringement by Detroit Diesel and Ford has been willful, intentional and deliberate with full knowledge of the '904 patent.  This is an exceptional case within the meaning of 35 U.S.C. § 285 with respect to Detroit Diesel and Ford.

29.     Upon information and belief, Kruse has been and will continue to be injured by Defendants' infringement of the '904 patent, and such acts will continue unless they are enjoined therefrom.

30.     Upon information and belief, Defendants have derived, received,

and will continue to derive and receive gains, profits and advantages from the aforesaid acts of infringement in an amount that is not presently known to Kruse.  By reason of the aforesaid infringing acts, Kruse has been damaged, and is entitled to monetary relief in an amount to be proven at trial.

## V.  THIRD CLAIM FOR RELIEF: PATENT INFRINGEMENT
## (U.S. PATENT NO. 6,405,704)

31.    Kruse realleges and reincorporates the allegations set forth in paragraphs 1 through 30.

32.    On June 18, 2002, the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 6,405,704 ("the '704 patent") entitled "Internal Combustion Engine With Limited Temperature Cycle" to Douglas C. Kruse.

33.    Kruse is the owner of the '704 patent.

34.    Upon information and belief, Defendants have in the past and are currently infringing the '704 patent by, without authority, making, using, offering to sell, or selling, within the United States, or importing into the United States, their engines and/or vehicles equipped with engines that practice the patented methods.  Defendants' acts constitute direct and indirect infringement of the '704 patent in violation of 35 U.S.C. § 271.

35.    Upon information and belief, the infringement by Detroit Diesel and Cummins has been willful, intentional and deliberate with full knowledge of the '704 patent.  This is an exceptional case within the meaning of 35 U.S.C. § 285 with respect to Detroit Diesel and Cummins.

36.    Upon information and belief, Kruse has been and will continue to be injured by Defendants' infringement of the '704 patent, and such acts will continue unless they are enjoined therefrom.

37.    Upon information and belief, Defendants have derived, received, and will continue to derive and receive gains, profits and advantages from the

1   aforesaid acts of infringement in an amount that is not presently known to

2   Kruse.  By reason of the aforesaid infringing acts, Kruse has been damaged, and

3   is entitled to monetary relief in an amount to be proven at trial.

4                               **PRAYER FOR RELIEF**

5           WHEREFORE, Plaintiff Kruse Technology Partnership prays for a

6   judgment in its favor against Defendants Daimler AG; Mercedes-Benz USA,

7   LLC; Detroit Diesel Corporation; Freightliner Corporation; Western Star Truck

8   Sales, Inc.; Volkswagen AG; Volkswagen Group of America, Inc., doing

9   business in part as Audi of America, Inc.; Ford Motor Company; Cummins Inc.;

10  and Chrysler Group LLC for the following relief:

11          A.    For an Order adjudging Defendants to have infringed the '562

12  patent, the '904 patent, and the '704 patent under 35 U.S.C. § 271;

13          B.    For a permanent injunction pursuant to 35 U.S.C. § 283 enjoining

14  Defendants, their officers, agents, servants, employees and attorneys, and those

15  persons in active concert or participation with the Defendants, from, directly or

16  indirectly, infringing the '562 patent, the '904 patent, and the '704 patent;

17          C.    For a recovery of Kruse's compensatory damages pursuant to 35

18  U.S.C. § 284 for Defendants' infringement of the '562 patent, the '904 patent,

19  and the '704 patent;

20          D.    For an Order adjudging Detroit Diesel's infringement of the '562

21  patent, the '904 patent, and the '704 patent to be willful, and that this is an

22  exceptional case under 35 U.S.C. § 285 with respect to Detroit Diesel.

23          E.    For an Order adjudging Ford's infringement of the '562 patent and

24  the '904 patent to be willful, and that this is an exceptional case under 35 U.S.C.

25  § 285 with respect to Ford.

26          F.    For an Order adjudging Cummins's infringement of the '562 patent

27  and the '704 patent to be willful, and that this is an exceptional case under 35

28  U.S.C. § 285 with respect to Cummins.

G.     For an Order adjudging Chryslers' infringement of the '562 patent to be willful, and that this is an exceptional case under 35 U.S.C. § 285 with respect to Chrysler.

H.     For a trebling of the award of damages under 35 U.S.C. § 284, or such other enhancement of the award of damages the Court deems appropriate, with respect to Detroit Diesel, Ford, Cummins, and Chrysler.

I.     For an assessment of prejudgment and post-judgment interest and costs against Defendants, together with an award of such interest and costs, pursuant to 35 U.S.C. § 284;

J.     For an award to Kruse of its attorneys' fees incurred in connection with this action pursuant to 35 U.S.C. § 285 with respect to Detroit Diesel, Ford, Cummins, and Chrysler; and

K.     For such other and further relief as this Court may deem just and proper.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  July 13, 2010     By: _____

John B. Sganga, Jr.
Karen Vogel Weil
Jon W. Gurka
David G. Jankowski
Marko R. Zoretic

Attorneys for Plaintiff
KRUSE TECHNOLOGY PARTNERSHIP

## **JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Kruse Technology Partnership demands a trial by jury of all issues raised by this Complaint that are triable by jury.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  July 13, 2010          By: _____
                                    John B. Sganga, Jr.
                                    Karen Vogel Weil
                                    Jon W. Gurka
                                    David G. Jankowski
                                    Marko R. Zoretic

                                    Attorneys for Plaintiff
                                    KRUSE TECHNOLOGY PARTNERSHIP

9338206

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV10- 1066 AG (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**ORIGINAL**

Name & Address:
John B. Sganga, Jr., SBN: 116,211
Knobbe, Martens, Olson & Bear, LLP
2040 Main St., 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404/Fax: (949) 760-9502

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br><br>PLAINTIFF(S)<br>v.<br>DAIMLER AG; (SEE ATTACHMENT A);<br><br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV10-01066 AG (RNBx)**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

    Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _John B. Sganga, Jr._____, whose address is _Knobbe, Martens, Olson & Bear, LLP, 2040 Main St., Irvine, CA 92614_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___JUL 14 2010___

By: ___ROLLS ROYCE PASCUAL___

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                        **SUMMONS**

# ATTACHMENT A TO SUMMONS

**Additional Defendants:**

MERCEDES-BENZ USA, LLC

DETROIT DIESEL CORPORATION

FREIGHTLINER CORPORATION

WESTERN STAR TRUCK SALES, INC.

VOLKSWAGEN AG

VOLKSWAGEN GROUP OF AMERICA, INC.,
d/b/a AUDI OF AMERICA, INC.

FORD MOTOR COMPANY

CUMMINS INC.

CHRYSLER GROUP LLC

COPY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>KRUSE TECHNOLOGY PARTNERSHIP | DEFENDANTS<br>DAIMLER AG; MERCEDES-BENZ USA, LLC; DETROIT DIESEL CORPORATION; FREIGHTLINER CORPORATION; WESTERN STAR TRUCK SALES, INC.; (SEE ATTACHMENT A); |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>John B. Sganga, Jr. (SBN 116,211)<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main St., 14th Floor, Irvine, CA 92614 (949) 760-0404 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringement, 35 U.S.C. Sec. 271 & Sec. 281; 35 U.S.C. Sec. 100 et. seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | IMMIGRATION | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | ☐ 465 Other Immigration Actions | | |

**SACV10-01066 AG (RNBx)**

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑Yes
If yes, list case number(s): SACV 08-1452 JVS (JWJx), SACV09-3710 JVS (MLGx), SACV09-458 JVS (JWJx), and SACV09-3710 JVS (JWJx)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Daimler - Germany; Mercedes-Benz - New Jersey; Detroit Diesel Corporation - Michigan; Freightliner Corporation - Oregon; Western Star Truck Sales, Inc. - Oregon; Volkswagen AG - Germany; (SEE ATTACHMENT A) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County and Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER):  _____   Date July 13, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# ATTACHMENT A TO CIVIL COVER SHEET

**I(a) DEFENDANTS (Cont.)**

VOLKSWAGEN AG

VOLKSWAGEN GROUP OF AMERICA, INC.,
d/b/a AUDI OF AMERICA, INC.

FORD MOTOR COMPANY

CUMMINS INC.

CHRYSLER GROUP LLC


**IX(b) VENUE (cont.)**

Volkswagen Group of America, Inc. – Virginia

Ford Motor Company – Michigan

Cummins, Inc. – Indiana

Chrysler Group LLC - Michigan