UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 10-01066-JVS(RNBx) | Date August 5, 2010 |
| Title Kruse Technology Partnership v. Daimler AG, et al. | |

Present: The Honorable  James V. Selna

| Julie Barrera | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)    NOTICE OF INTENT TO RECUSE

      This is one of several actions brought by Kruse Technology Partnership ("Kruse"), and was assigned to Judge Selna as a related case. (Local Rule 83-1.3.) There are obvious efficiencies in having one judge deal with the substantive issues in these case, particularly where they arise in the context of a complex, multi-patent case.

      Ford Motor Company ("Ford") is one of ten defendants named in this case. Judge Selna owns common stock in Ford. Because of Judge Selna's financial interest in Ford, he is required to recuse himself. 28 U.S.C. § 455(b)(4). This conflict cannot be waived. 28 U.S.C. § 455(e).

      It is not clear that the claims against all ten defendants are inextricably bound up, and that the claims against each must be litigated in a single action. If Ford were not a defendant in this action, Judge Selna would of course proceed.

      If Ford remains a defendant in this action after ten days, Judge Selna will recuse himself.

| | 00 : 00 |
|---|---|
| Initials of Preparer | jb |