John B. Sganga, Jr. (CSB # 116,211)
jsganga@kmob.com
Karen Vogel Weil (CSB # 145,066)
kweil@kmob.com
Jon W. Gurka (CSB # 187,964)
jgurka@kmob.com
David G. Jankowski (CSB # 205,634)
djankowski@kmob.com
Marko R. Zoretic (CSB # 233,952)
mzoretic@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949) 760-0404
Facsimile:   (949) 760-9502

Attorneys for Plaintiff
KRUSE TECHNOLOGY PARTNERSHIP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAIMLER AG; MERCEDES-BENZ USA, LLC; DETROIT DIESEL CORPORATION; FREIGHTLINER CORPORATION; WESTERN STAR TRUCK SALES, INC.; VOLKSWAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC.; FORD MOTOR COMPANY; CUMMINS INC.; and CHRYSLER GROUP LLC,<br><br>　　　　Defendants. | Civil Action No.<br>SACV 10-1066 JVS (RNBx)<br><br>**KRUSE TECHNOLOGY PARTNERSHIP'S NOTICE OF VOLUNTARY DISMISSAL OF FREIGHTLINER CORPORATION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Hon. James V. Selna |

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Kruse hereby dismisses defendant Freightliner Corporation ("Freightliner"), without prejudice. Freightliner has not served an answer or otherwise responded to the Complaint.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 19, 2010    By: */s/ David G. Jankowski*
                                             John B. Sganga, Jr.
                                             Karen Vogel Weil
                                             Jon W. Gurka
                                             David G. Jankowski
                                             Marko R. Zoretic

Attorneys for Plaintiff
KRUSE TECHNOLOGY PARTNERSHIP

9857032