John B. Sganga, Jr. (CSB # 116,211)
jsganga@kmob.com
Karen Vogel Weil (CSB # 145,066)
kweil@kmob.com
Jon W. Gurka (CSB # 187,964)
jgurka@kmob.com
David G. Jankowski (CSB # 205,634)
djankowski@kmob.com
Marko R. Zoretic (CSB # 233,952)
mzoretic@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949) 760-0404
Facsimile:   (949) 760-9502

Attorneys for Plaintiff
KRUSE TECHNOLOGY PARTNERSHIP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br>            Plaintiff,<br><br>    v.<br><br>DAIMLER AG; MERCEDES-BENZ USA, LLC; DETROIT DIESEL CORPORATION; WESTERN STAR TRUCK SALES, INC.; VOLKSWAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC.; CUMMINS INC.; CHRYSLER GROUP LLC,; and DAIMLER TRUCKS NORTH AMERICA LLC,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIM | Civil Action No.<br>SACV 10-1066 JVS (RNBx)<br><br>**KRUSE TECHNOLOGY PARTNERSHIP'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES FROM VOLKSWAGEN AG AND VOLKSWAGEN GROUP OF AMERICA, INC.**<br><br>Date:                 03/22/2011<br>Time:                 9:30 a.m.<br>Location**:**        Courtroom 6D<br><br>Discovery Cutoff:       09/02/2011<br>Pretrial Conference:   03/05/2012<br>Trial:                          03/27/2012<br><br>Magistrate Judge Robert N. Block |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Local Rule 37-2, Plaintiff/Counterdefendant Kruse Technology Partnership ("Kruse") hereby moves the Court for an order compelling Defendant/Counterclaimants Volkswagen AG and Volkswagen Group of America, Inc. to produce the ECM calibration files requested by Kruse in Requests for Production of Documents Nos. 5 and 6 and to provide responses to Kruse's Common Interrogatory Nos. 3, 4, 7, 8, and 9; and to compel Volkswagen Group of America, Inc. to provide responses to Kruse's Interrogatory Nos. 5 and 6.

This motion is made following the parties' efforts to resolve this dispute without Court action. Pursuant to Local Rule 37-1, pre-filing conferences of counsel were held on January 27, 2011 and February 4, 2011.

Filed concurrently with this motion is a Joint Stipulation Regarding Plaintiff Kruse Technology Partnership's Motion to Compel Discovery and declarations in support of same. This motion is noticed to be heard on Tuesday, March 22, 2011, at 9:30 a.m. in Courtroom 6D, 411 West Fourth Street, Santa Ana, California, or as early as possible thereafter.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 25, 2011     By: */s/ Marko R. Zoretic*
  John B. Sganga, Jr.
  Karen Vogel Weil
  Jon W. Gurka
  David G. Jankowski
  Marko R. Zoretic

Attorneys for Plaintiff
KRUSE TECHNOLOGY PARTNERSHIP

10505248