John B. Sganga, Jr. (CSB # 116,211)
jsganga@kmob.com
Karen Vogel Weil (CSB # 145,066)
kweil@kmob.com
Jon W. Gurka (CSB # 187,964)
jgurka@kmob.com
David G. Jankowski (CSB # 205,634)
djankowski@kmob.com
Marko R. Zoretic (CSB # 233,952)
mzoretic@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
KRUSE TECHNOLOGY PARTNERSHIP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br>Plaintiff,<br><br>v.<br><br>DAIMLER AG; MERCEDES-BENZ USA, LLC; DETROIT DIESEL CORPORATION; WESTERN STAR TRUCK SALES, INC.; VOLKSWAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC.; CHRYSLER GROUP LLC; DAIMLER TRUCKS NORTH AMERICA LLC; MERCEDES-BENZ, U.S. INTERNATIONAL, INC.; and DAIMLER VANS MANUFACTURING LLC,<br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Civil Action No.<br>SACV 10-1066 JVS (RNBx)<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR AN ORDER TO FILE UNDER SEAL THE DECLARATION OF DAVID G. JANKOWSKI IN SUPPORT OF KRUSE TECHNOLOGY PARTNERSHIP'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS<br><br>Date: June 20, 2011<br>Time: 1:30 p.m.<br>Location: Ctrm. 10C<br><br>Hon. James V. Selna |

This Court, having considered Kruse Technology Partnership's Application For An Order To File Under Seal The Declaration of David G. Jankowski In Support of Kruse Technology Partnership's Motion For Leave To Amend Its Infringement Contentions HEREBY ORDER THAT:

1. The Declaration of David G. Jankowski in Support of Kruse Technology Partnership's Motion for Leave to Amend its Infringement Contentions, and the fourteen exhibits attached thereto, shall be filed under seal.

**IT IS SO ORDERED**

Dated: 5.25.11

Hon. James V. Selna
United States District Court Judge

# PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On May 23, 2011, I served the within **[PROPOSED] ORDER GRANTING APPLICATION FOR AN ORDER TO FILE UNDER SEAL THE DECLARATION OF DAVID G. JANKOWSKI IN SUPPORT OF KRUSE TECHNOLOGY PARTNERSHIP'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** on the parties or their counsel shown below as follows:

| | |
|---|---|
| Defendants<br>Detroit Diesel Corporation, Daimler Trucks North America LLC and Western Star Trucks Sales, Inc.<br><br>**VIA EMAIL** | Boyd Cloern<br>BINGHAM MCCUTCHEN LLP<br>2020 K Street NW<br>Washington, DC 20006-1806<br>Telephone: (202)373-6000<br>Fax: (202)373-6001<br>Boyd.cloern@bingham.com<br><br>William Abrams<br>Patrick Weston<br>Peter Vogel<br>BINGHAM MCCUTCHEN LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Telephone: (650)849-4400<br>Fax: (650)849-4800<br>William.abrams@bingham.com<br>Patrick.weston@bingham.com<br>Peter.vogel@bingham.com<br><br>Jeffrey Rosenfeld<br>BINGHAM MCCUTCHEN LLP<br>1620 26th Street<br>Santa Monica, CA 90404<br>Telephone: (310)907-1000<br>Fax: (310)9072000<br>Jeffrey.rosenfeld@bingham.com |

| | |
|---|---|
| Defendants Mercedes-Benz USA, LLC and Daimler AG<br><br>**VIA EMAIL** | Ben M. Davidson<br>Heather H. Fan<br>DAVIDSON LAW GROUP<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Telephone: (310)473-2300<br>Fax: (310)473-2941<br>bdavidson@davidson-lawfirm.com<br>hfan@davidson-lawfirm.com |
| Defendants Volkswagen Group of America, Inc. and Volkswagen AG<br><br>**VIA EMAIL** | John F. Sweeney<br>Steven F. Meyer<br>LOCKE LORD BISSELL & LIDDELL, LLP<br>3 World Financial Center, 21st Floor<br>New York, NY 10281<br>Telephone: (212)415-8600<br>Fax: (212)303-2754<br>jsweeney@lockelord.com<br>smeyer@lockelord.com<br><br>Stephen A. Tuggy<br>LOCKE LORD BISSELL & LIDDELL, LLP<br>300 S. Grand Avenue, Suite 2600<br>Los Angeles, California 90071<br>Telephone: (213)485-1500<br>Fax: (213)485-1200<br>Stuggy@lockelord.com |

| | |
|---|---|
| Defendants Mercedes-Benz U.S. International, Inc. and Daimler Vans Manufacturing LLC<br><br>**VIA EMAIL** | Michael D. Bednarek<br>Scott W. Doyle<br>Jonathan R. DeFosse<br>SHEARMAN & STERLING LLP<br>801 Pennsylvania Ave., N.W., Suite 900<br>Washington, DC 20004<br>Telephone: (202) 508-8030<br>Fax: (202) 661-7329<br>michael.bednarek@shearman.com<br>scott.doyle@shearman.com<br>jonathan.defosse@shearman.com<br><br>Vicki S. Veenker<br>SHEARMAN & STERLING LLP<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 838-3600<br>Fax: (650) 838-3699<br>vveenker@shearman.com |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 23, 2011, at Irvine, California.

Linda Ponce de Leon

11278985