1 │ Ben M. Davidson (SBN 181464)
  │ Heather H. Fan (SBN 215201)
2 │ DAVIDSON LAW GROUP
  │ 11377 West Olympic Boulevard
3 │ Los Angeles, California 90064
  │ Telephone: (310) 473-2300
4 │ Fax: (310) 473-2914
  │ Email: bdavidson@davidson-lawfirm.com
5 │ Email: hfan@davidson-lawfirm.com

6 │ Attorneys for Defendants and Counterclaimants
  │ DAIMLER AG and
7 │ MERCEDES-BENZ USA, LLC

NOTE CHANGES MADE BY THE COURT.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JUN – 2 2011**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP, | Case No. SACV10-01066 JVS (RNBx) |
| Plaintiff / Counterdefendant, | Assigned to: Hon. James V. Selna Hon. Robert N. Block, Mag. Judge |
| v. | |
| DAIMLER AG; MERCEDES-BENZ USA, LLC; DETROIT DIESEL CORP.; WESTERN STAR TRUCK SALES, INC.; VOLKSWAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC.; CHRYSLER GROUP LLC; DAIMLER TRUCKS NORTH AMERICA LLC; MERCEDES-BENZ, U.S. INTERNATIONAL, INC.; and DAIMLER VANS MANUFACTURING LLC, | ~~[PROPOSED]~~ ORDER GRANTING APPLICATION TO FILE UNDER SEAL THE DECLARATION OF HEATHER H. FAN AND THE OPPOSITION OF DAIMLER AG AND MERCEDES-BENZ USA, LLC TO KRUSE TECHNOLOGY PARTNERSHIP'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS |
| Defendants. | Date: July 13, 2011 Time: 1:30 p.m. Courtroom: 10C |

LODGED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN – 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____

**ORIGINAL**

**[PROPOSED] ORDER**

This Court, having considered the Application for an Order to File Under Seal Portions of the Opposition of Defendants Daimler AG and Mercedes-Benz USA, LLC ("MBUSA") to Kruse Technology Partnership's ("Kruse") Motion for Leave to Amend Its Infringement Contentions, HEREBY ORDERS THAT:

The following documents shall be filed under seal:

- Declaration of Heather H. Fan in support of Opposition of Daimler AG and MBUSA to Kruse's Motion for Leave to Amend Its Infringement Contentions, including Exhibit L to the Declaration of Heather H. Fan; and

- Opposition of Daimler AG and MBUSA to Kruse's Motion for Leave to Amend, which references Exhibit L to the Fan Declaration along with material that Kruse has designated as confidential.

**IT IS SO ORDERED.**

DATED: _____6 . 1 . 11_____        _____

Hon. James V. Selna
United States District Court Judge

*of all docs*

APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN _7_ DAYS   JVS

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                     ) ss
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 South Hope Street, 11th Floor, Los Angeles, California 90071.

    On June 1, 2011, I served the foregoing documents described as:

**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL THE DECLARATION OF HEATHER H. FAN AND THE OPPOSITION OF DAIMLER AG AND MERCEDES-BENZ USA, LLC TO KRUSE TECHNOLOGY PARTNERSHIP'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS**

on the interested parties on the attached mailing list as follows:

PLEASE SEE SERVICE LIST

☐ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

    I am employed in the office of a member of the bar at whose direction service was effected.

    Executed on June 1, 2011, at Los Angeles, California.

Heather H. Fan _____    /s/ Heather H. Fan _____

# SERVICE LIST

David G. Jankowski, Esq.
John B. Sganga, Esq.
Jon W. Gurka, Esq.
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, California  92614
Telephone:  (949) 760-0404
Facsimile:  (949) 760-9502
Email:  jsganga@kmob.com
Email:  jgurka@kmob.com
Email:  djankowski@kmob.com
Email:  mzoretic@kmob.com
Email:  linda.poncedeleon@kmob.com

Attorneys for:
Kruse Technology Partnership

William F Abrams, Esq.
Patrick T. Weston
BINGHAM MCCUTCHEN LLP
1900 University Avenue
East Palo Alto, California  94303-2223
Telephone:  (650) 849-4400
Facsimile:  (650) 849-4800
Email:  william.abrams@bingham.com
Email:  patrick.weston@bingham.com

Attorneys for:
Detroit Diesel Corporation,
Western Start Truck Sales, Inc.,
and Daimler Trucks North
America LLC

Boyd T. Cloern
BINGHAM McCUTCHEN LLP
2020 K Street NW
Washington DC 20006-1806
Telephone: 202.373.6000
Facsimile: 202.373.6001
Email:  boyd.cloern@bingham.com

Stephen A. Tuggy, Esq.
LOCKE LORD BISSELL & LIDDELL LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Telephone:  (213) 485-1500
Facsimile:  (213) 485-1200
Email:  stuggy@lockelord.com

Attorneys for:
Volkswagen Group of
America, Inc. and
Volkswagen AG

John F. Sweeney
Steven F. Meyer
LOCKE LORD BISSELL & LIDDELL LLP
3 World Financial Center, 20th Floor
New York, NY 10281-2101
Telephone: (212) 415-8625
Fax:          (212) 303-2754
Email:       jsweeney@lockelord.com
Email:       smeyer@lockelord.com

SHEARMAN & STERLING LLP
Scott W. Doyle (*pro hac vice*)
sdoyle@shearman.com
Jonathan R. DeFosse (*pro hac vice*)
jdefosse@shearman.com
801 Pennsylvania Ave., N.W., Suite 900
Washington, DC 20004
(202) 508-8000
(202) 508-8100 (FAX)

SHEARMAN & STERLING LLP
Vicki S. Veenker (State Bar No. 158669)
vveenker@shearman.com
Adam P. Noah (State Bar No. 198669)
anoah@shearman.com
1080 Marsh Road
Menlo Park, CA  94025
(650) 838-3600
(650) 838-3699 (FAX)

Attorneys for
Daimler Vans Manufacturing
 LLC and Mercedes-Benz U.S.
 International, Inc.

-2-