John F. Sweeney (*Pro Hac Vice*)
jsweeney@lockelord.com
Steven F. Meyer (*Pro Hac Vice*)
smeyer@lockelord.com
LOCKE LORD BISSELL & LIDDELL, LLP
3 World Financial Center, 21st Floor
New York, NY 10281
Phone: 212-415-8600
Fax: 212-303-2754

Stephen A. Tuggy
Stuggy@lockelord.com
LOCKE LORD BISSELL & LIDDELL LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, California 90071
Phone: 213-485-1500
Fax: 213-485-1200

Attorneys for Defendants
VOLKSWAGEN GROUP OF AMERICA, INC. AND VOLKSWAGEN AG

**NOTE CHANGES MADE BY THE COURT.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>DAIMLER AG; MERCEDES-BENZ USA, LLC; DETROIT DIESEL CORP.; WESTERN STAR TRUCK SALES, INC.; VOLKSWAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC.; CHRYSLER GROUP LLC; DAIMLER TRUCKS NORTH AMERICA LLC; MERCEDES-BENZ, U.S. INTERNATIONAL, INC.; and DAIMLER VANS MANUFACTURING LLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Civil Action No.<br>SACV 10-1066 JVS (RNBx)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR AN ORDER TO FILE UNDER SEAL DEFENDANTS VOLKSWAGEN AG AND VOLKSWAGEN GROUP OF AMERICA, INC.'S MEMORANDUM AND SUPPORTING EXHIBITS IN OPPOSITION TO KRUSE TECHNOLOGY PARTNERSHIP'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS<br><br>Date: June 13, 2011<br>Time: 1:30 P.M.<br>Location: Courtroom 10C<br><br>Hon. James V. Selna |

NY 645297

1  This Court, having considered Volkswagen AG and Volkswagen Group
2  of America, Inc.'s Application For An Order To File Under Seal Volkswagen
3  AG and Volkswagen Group of America, Inc.'s Opposition And Supporting
4  Exhibits In Opposition To Kruse Technology Partnership's Motion For Leave
5  To Amend Its Infringement Contentions, HEREBY ORDERS THAT:

   1. Volkswagen AG and Volkswagen Group of America, Inc.'s Memorandum In Opposition To Kruse Technology Partnership's Motion For Leave To Amend Its Infringement Contentions shall be filed under seal.

   2. Exhibits D through F of the Declaration of Joseph A. Farco in Support of Volkswagen AG and Volkswagen Group of America, Inc.'s Memorandum In Opposition To Kruse Technology Partnership's Motion For Leave To Amend Its Infringement Contentions shall be filed under seal.

**IT IS SO ORDERED**

Dated: 6.1.11

Hon. James V. Selna
United States District Court Judge

**APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN 7 DAYS** JVS

NY 645297

| | |
|---|---|
| STATE OF CALIFORNIA ) | **PROOF OF SERVICE** |
| COUNTY OF LOS ANGELES ) ss. | |

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 26th Floor, Los Angeles, California 90071. On June __/__, 2011, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING APPLICATION FOR AN ORDER TO FILE UNDER SEAL DEFENDANTS VOLKSWAGEN AG AND VOLKSWAGEN GROUP OF AMERICA, INC.'S MEMORANDUM AND SUPPORTING EXHIBITS IN OPPOSITION TO KRUSE TECHNOLOGY PARTNERSHIP'S MOTION FOR LEAVE T AMEND ITS INFRINGEMENT CONTENTIONS**

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list).

____ **BY PERSONAL SERVICE.** I placed a true copy of the foregoing document in sealed envelopes individually addressed to each of the parties on the attached service list, and caused such envelope to be delivered by hand to the offices of each addressee.

____ **BY FACSIMILE TRANSMISSION.** I caused a true copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

____ **BY MAIL.** I placed a true copy of the foregoing document in a sealed envelope individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 300 South Grand Avenue, Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

__X__ **BY E-MAIL.** I caused the foregoing document(s) to be transmitted by e-mail electronic transmission to the e-mail address on the attached service list as last given by that person on any document which he or she has filed in this action and served upon this office.

____ **BY FEDERAL EXPRESS.** I placed a true copy of the foregoing document in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, individually addressed to each of the parties on the attached service list, and caused such envelope or package to be delivered at 300 South Grand Avenue, Los Angeles, California, to an authorized courier or driver authorized by Federal Express to receive documents.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on June __/__, 2011 at Los Angeles, California.

                                                            */s/ Dianna L. Grober*
                                                             Dianna L. Grober

LA 652319

## SERVICE LIST

*Kruse Technology Partnership v. Daimler AG., et al.*
USDC, Central District of California, Case No. SACV10-01066 JVS (RNBx)

| | |
|---|---|
| John B. Sganga, Jr.<br>Karen Vogel Weil<br>David G. Jankowski<br>Marko R. Zoretic<br>Linda Ponce de Leon<br>KNOBBE, MARTENS, OLSON & BEAR LLP<br>2040 Main Street, 14th Floor<br>Irvine, California 92614<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>jsganga@kmob.com; kweil@kmob.com;<br>djankowski@kmob.com; mzoretic@kmob.com;<br>Linda.poncedeleon@kmob.com | Attorneys for Plaintiff Kruse Technology Partnership |
| Boyd Cloern<br>BINGHAM MCCUTCHEN LLP<br>2020 K Street NW<br>Washington, DC 20006-1806<br>Tel: (202) 373-6000<br>Fax: (202) 373-6001<br><br>William Abrams<br>Patrick Weston<br>Peter Vogel<br>BINGHAM MCCUTCHEN LLP<br>1900 University Avenue<br>East Palo Alto, California 94303<br>Tel: (650) 849-4400<br>Fax: (650) 849-4800<br><br>Jeffrey Rosenfeld<br>BINGHAM MCCUTCHEN LLP<br>1620 26th Street<br>Santa Monica, California 90404<br>Tel: (310) 907-1000<br>Fax: (310) 907-2000<br><br>boyd.cloern@bingham.com;<br>william.abrams@bingham.com;<br>patrick.weston@bingham.com;<br>peter.vogel@bingham.com;<br>jeffrey.rosenfeld@bingham.com | Attorneys for Defendants Detroit Diesel Corporation, Daimler Trucks North America LLC, and Western Star Trucks Sales, Inc. |

# SERVICE LIST

*Kruse Technology Partnership v. Daimler AG., et al.*
USDC, Central District of California, Case No. SACV10-01066 JVS (RNBx)

| | |
|---|---|
| Ben M. Davidson<br>Heather H. Fan<br>DAVIDSON LAW GROUP<br>11377 W. Olympic Boulevard<br>Los Angeles, California 90064<br>Tel: (310) 473-2300<br>Fax: (310) 473-2941<br><br>bdavidson@davidson-lawfirm.com;<br>hfan@davidson-lawfirm.com | Attorneys for Defendants Mercedes-Benz USA, LLC and Daimler AG |
| Scott W. Doyle<br>Jonathan R. DeFosse<br>SHEARMAN & STERLING LLP<br>801 Pennsylvania Avenue, N.W. Suite 900<br>Washington, DC 20004<br>Tel: (202) 508-8030<br>Fax: (202) 661-7329<br><br>Vicki S. Veenker<br>SHEARMAN & STERLING LLP<br>1080 Marsh Road<br>Menlo Park, California 94025<br>Tel: (650) 838-3600<br>Fax: (650) 838-3699<br><br>scott.doyle@shearman.com;<br>jonathan.defosse@shearman.com;<br>vveenker@shearman.com | Attorneys for Defendants Mercedes-Benz U.S. International, Inc. and Daimler Vans Manufacturing LLC |