John B. Sganga, Jr. (CSB # 116,211)
jsganga@kmob.com
Karen Vogel Weil (CSB # 145,066)
kweil@kmob.com
Jon W. Gurka (CSB # 187,964)
jgurka@kmob.com
David G. Jankowski (CSB # 205,634)
djankowski@kmob.com
Marko R. Zoretic (CSB # 233,952)
mzoretic@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949) 760-0404
Facsimile:   (949) 760-9502

Attorneys for Plaintiff/Counterdefendant
KRUSE TECHNOLOGY PARTNERSHIP

[SEE SIGNATURE PAGE FOR A LISTING OF COUNSEL FOR DETROIT DIESEL, DAIMLER TRUCKS NORTH AMERICA, AND WESTERN STAR TRUCKS SALES]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br>          Plaintiff,<br>     v.<br>DAIMLER AG; MERCEDES-BENZ USA, LLC; DETROIT DIESEL CORP.; WESTERN STAR TRUCKS SALES, INC.; VOLKSWAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC.; CHRYSLER GROUP LLC; DAIMLER TRUCKS NORTH AMERICA LLC; MERCEDES-BENZ, U.S. INTERNATIONAL, INC.; and DAIMLER VANS MANUFACTURING LLC,<br>          Defendants. | Civil Action No.<br>SACV 10-1066 JVS (RNBx)<br><br>**STIPULATED VOLUNTARY DISMISSAL OF DETROIT DIESEL, DAIMLER TRUCKS NORTH AMERICA, AND WESTERN STAR TRUCKS SALES**<br><br>Hon. James V. Selna |

Pursuant to Federal Rule of Civil Procedure 41(a), Kruse voluntarily dismisses <u>with prejudice</u> all claims against Detroit Diesel Corp., Western Star Trucks Sales, Inc., and Daimler Trucks North America LLC. Detroit Diesel Corp., Western Star Trucks Sales, Inc., and Daimler Trucks North America LLC each voluntarily dismisses <u>without prejudice</u> all counterclaims against Kruse.

This voluntary dismissal does not affect Kruse's claims against the remaining defendants in this action, nor does it affect the counterclaims of the remaining defendants against Kruse.

All parties to this stipulated voluntary dismissal shall bear their own costs and attorney fees. A Proposed Order is attached hereto.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 11, 2011    By: /s/ *David G. Jankowski*
John B. Sganga, Jr.
Karen Vogel Weil
Jon W. Gurka
David G. Jankowski
Marko R. Zoretic

Attorneys for Plaintiff
KRUSE TECHNOLOGY PARTNERSHIP

BINGHAM McCUTCHEN, LLP

Dated: October 11, 2011    By: /s/ *Boyd Cloern (with permission)*
William F. Abrams
Boyd Cloern
Patrick T. Weston
Jeffrey Rosenfeld

Attorneys for Defendants
DETROIT DIESEL CORPORATION;
DAIMLER TRUCKS NORTH AMERICA LLC;
and WESTERN STAR TRUCKS SALES, INC.

12066670

-1-