John F. Sweeney [pro hac vice]
jsweeney@lockelord.com
Steven F. Meyer [pro hac vice]
smeyer@lockelord.com
LOCKE LORD LLP
3 World Financial Center, 20th Floor
New York, New York  10281
Tel:   (212) 415-8600
Fax:  (212) 303-2754

Stephen A. Tuggy [SBN 120416]
stuggy@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, 26th Floor
Los Angeles, California  90071
Tel:   (213) 485-1500
Fax:  (213) 485-1200

Attorneys for Defendants
VOLKSWAGEN AG and
VOLKSWAGEN GROUP OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br>                    Plaintiff,<br><br>vs.<br><br>DAIMLER AG; MERCEDES-BENZ USA, LLC; DETROIT DIESEL CORPORATION; WESTERN STAR TRUCK SALES, INC.; VOLKS-WAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC.; MERCEDES-BENZ, U.S. INTERNATIONAL, INC.; and DAIMLER VANS MANUFACTURING LLC,<br><br>                    Defendants | Case No. SACV10-01066 JVS (RNBx)<br>Hon. James V. Selna<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR AN ORDER TO FILE UNDER SEAL THE DECLARATION OF JOSEPH A. FARCO IN SUPPORT OF THE VOLKSWAGEN DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND ITS INFRINGEMENT CONTENTIONS<br><br>Hearing<br>Date:  December 5, 2011<br>Time:  1:30 p.m.<br>Place: Courtroom 10C |

## ORDER

The Court, having fully considered the application by Volkswagen Group of America, Inc. and Volkswagen AG for an Order to File Under Seal the Declaration of Joseph A. Farco in opposition to Kruse Technology Partnership's ("Kruse") Motion to Amend Its Infringement Contentions, hereby grants the application. It is ORDERED that the Declaration of Joseph A. Farco shall be filed under seal.

Dated: 11/15, 2011

_____
Hon. James V. Selna
Judge of the United States District Court

**APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN 7 DAYS** JVS

2

PROPOSED ORDER GRANTING APPLICATION FOR AN ORDER TO FILE
THE DECLARATION OF JOSEPH A. FARCO UNDER SEAL SACV 10-01066 JVS (RNBx)

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071-3119

| | |
|---|---|
| STATE OF CALIFORNIA ) | **PROOF OF SERVICE** |
| COUNTY OF LOS ANGELES ) ss. | |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 26th Floor, Los Angeles, California 90071. On November 14, 2011, I served the foregoing document described as:

[PROPOSED] ORDER GRANTING APPLICATION FOR AN ORDER TO FILE UNDER SEAL THE DECLARATION OF JOSEPH A. FARCO IN SUPPORT OF THE VOLKSWAGEN DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND ITS INFRINGEMENT CONTENTIONS

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list).

___ BY PERSONAL SERVICE. I placed a true copy of the foregoing document in sealed envelopes individually addressed to each of the parties on the attached service list, and caused such envelope to be delivered by hand to the offices of each addressee.

___ BY FACSIMILE TRANSMISSION. I caused a true copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

___ BY MAIL. I placed a true copy of the foregoing document in a sealed envelope individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 300 South Grand Avenue, Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

✓ BY E-MAIL. I caused the foregoing document(s) to be transmitted by e-mail electronic transmission to the e-mail address on the attached service list as last given by that person on any document which he or she has filed in this action and served upon this office.

___ BY FEDERAL EXPRESS. I placed a true copy of the foregoing document in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, individually addressed to each of the parties on the attached service list, and caused such envelope or package to be delivered at 300 South Grand Avenue, Los Angeles, California, to an authorized courier or driver authorized by Federal Express to receive documents.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on November 14, 2011 at Los Angeles, California.

_____
Diann L. Grober

NY 652319

*Kruse Technology Partnership v Daimler AG, et al*
United States District Court – Central District
Case No. SACV 10-01066 JVS (RNBx)

## SERVICE LIST

| | |
|---|---|
| John B. Sganga, Jr., Esq.<br>Karen Vogel Weil, Esq.<br>Jon W. Gurka, Esq.<br>David G. Jankowski, Esq.<br>Marko R. Zoretic, Esq.<br>KNOBBE, MARTENS, OLSON & BEAR LLP<br>2040 Main Street, 14th Floor<br>Irvine, California 92614<br>Tel:   (949) 760-0404<br>Fax:   (949) 760-9502<br>jsganga@kmob.com<br>kweil@kmob.com<br>jgurka@kmob.com<br>djankowski@kmob.com<br>mzoretic@kmob.com | Attorneys for Plaintiff KRUSE TECHNOLOGY PARTNERSHIP |
| Ben M. Davidson, Esq.<br>Heather H. Fan, Esq.<br>DAVIDSON LAW GROUP<br>11377 W. Olympic Boulevard<br>Los Angeles, California 90064<br>Tel:   (310) 473-2300<br>Fax:   (310) 473-2941<br>bdavidson@davidson-lawfirm.com<br>hfan@davidson-lawfirm.com | Attorneys for Defendants MERCEDES-BENZ USA, LLC and DAIMLER AG |
| Michael D. Bednarek, Esq.<br>Scott W. Doyle, Esq.<br>Jonathan R. DeFosse, Esq.<br>SHEARMAN & STERLING LLP[<br>801 Pennsylvania Ave., N.W., Suite 900<br>Washington, D. C. 20004<br>Tel:   (202) 508-8030<br>Fax:   (202) 661-7329<br><br>Vicki S. Veenker, Esq.<br>SHEARMAN & STERLING LLP<br>1080 Marsh Road<br>Menlo Park, California 94025<br>Tel::   (650) 838-3600<br>Fax:   (650) 838-3699 | Attorneys for Defendants MERCEDES-BENZ U.S. INTERNATIONAL, INC. and DAIMLER VANS MANUFACTURING LLC |