John F. Sweeney (*Pro Hac Vice*)
jsweeney@lockelord.com
Steven F. Meyer (*Pro Hac Vice*)
smeyer@lockelord.com
LOCKE LORD LLP
3 World Financial Center, 20th Floor
New York, New York  10281
Tel:   (212) 415-8600
Fax:   (212) 303-2754

Stephen A. Tuggy (State Bar No. 120416)
stuggy@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Tel:   (213) 485-1500
Fax:   (213) 485-1200

Attorneys for Defendants and Counterclaimants
VOLKSWAGEN AG and VOLKSWAGEN
GROUP OF AMERICA, INC.

**DENIED BY ORDER OF THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br>          Plaintiff,<br><br>     vs.<br><br>DAIMLER AG, et al.,<br><br>          Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIM<br>_____ | Case No. SACV10-01066 JVS (RNBx)<br><br>**[PROPOSED] ORDER ON VOLKSWAGEN DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR AN ORDER PERMITTING THE FILING OF A SURREPLY ON PLAINTIFF'S MOTION  FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS**<br><br>Hearing Date:   December 5, 2011<br>Time:           1:30 pm<br>Location:       Courtroom 10C<br>Before Hon. James V. Selna |

[PROPOSED] ORDER ON VOLKSWAGEN DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER PERMITTING THE FILING OF A SURREPLY ON PLAINTIFF'S MOTION  FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS

# ORDER

Having considered the ex parte application of Defendants Volkwagen AG and Volkswagen Group of America, Inc. ("Defendants") for leave to file a surreply and supporting declaration, in opposition the motion of Plaintiff Kruse Technology Partnership for leave to amend its infringement contentions, and good cause appearing therefore, IT IS HEREBY ORDERED that (1) Defendants are granted leave to file a surreply and supporting declaration; and (2) such surreply and supporting declaration are attached to this Order as Attachments 1 and 2, respectively, and the filing of this Order shall constitute the filing of the surreply and supporting declaration.

**DENIED BY ORDER OF THE COURT**

Dated: _November 29, 2011_    By: _____

   Hon. James V. Selna
   United States District Court
   Central District of California

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

[PROPOSED] ORDER ON VOLKSWAGEN DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER PERMITTING THE FILING OF A SURREPLY ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS

- 1 -