John B. Sganga, Jr. (CSB # 116,211)
jsganga@kmob.com
Karen Vogel Weil (CSB # 145,066)
kweil@kmob.com
Jon W. Gurka (CSB # 187,964)
jgurka@kmob.com
David G. Jankowski (CSB # 205,634)
djankowski@kmob.com
Marko R. Zoretic (CSB # 233,952)
mzoretic@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
KRUSE TECHNOLOGY PARTNERSHIP

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>DAIMLER AG; MERCEDES-BENZ USA, LLC; DETROIT DIESEL CORPORATION; WESTERN STAR TRUCK SALES, INC.; VOLKSWAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC.; CHRYSLER GROUP LLC; DAIMLER TRUCKS NORTH AMERICA LLC; MERCEDES-BENZ, U.S. INTERNATIONAL, INC.; and DAIMLER VANS MANUFACTURING LLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Civil Action No.<br>SACV 10-1066 JVS (RNBx)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR AN ORDER TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS IN CONNECTION WITH KRUSE TECHNOLOGY PARTNERSHIP'S OPPOSITION TO VOLKSWAGEN AG AND VOLKSWAGEN GROUP OF AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT<br><br>Date: March 19, 2012<br>Time: 1:30 p.m.<br>Location: Courtroom 10C<br><br>Hon. James V. Selna |

The Court, having fully considered the Application for an Order to File Under Seal in connection with Kruse Technology Partnership's ("Kruse") Opposition to the VW Defendants' Motion for Summary Judgment of Non-Infringement, hereby grants the motion. It is **ORDERED** that the following documents shall be filed under seal:

- Exhibit E to the Jankowski Declaration;
- Exhibit F to the Jankowski Declaration;
- Exhibit G to the Jankowski Declaration;
- Exhibit H to the Jankowski Declaration;
- Exhibit V to the Jankowski Declaration;
- Exhibit W to the Jankowski Declaration;
- Exhibit X to the Jankowski Declaration; and
- Exhibit Y to the Jankowski Declaration.

Dated: 3.1.12

Hon. James V. Selna
United States District Court Judge

# PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On February 27, 2012, I served the within **[PROPOSED] ORDER GRANTING APPLICATION FOR AN ORDER TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS IN CONNECTION WITH KRUSE TECHNOLOGY PARTNERSHIP'S OPPOSITION TO VOLKSWAGEN AG AND VOLKSWAGEN GROUP OF AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** on the parties or their counsel shown below as follows:

| Defendants Volkswagen Group of America, Inc. and Volkswagen AG<br><br>**VIA EMAIL:** | John F. Sweeney<br>Steven F. Meyer<br>LOCKE LORD, LLP<br>3 World Financial Center, 21st Floor<br>New York, NY 10281<br>Telephone: (212)415-8600<br>Fax: (212)303-2754<br>jsweeney@lockelord.com<br>smeyer@lockelord.com<br><br>Stephen A. Tuggy<br>LOCKE LORD, LLP<br>300 S. Grand Avenue, Suite 2600<br>Los Angeles, California 90071<br>Telephone: (213)485-1500<br>Fax: (213)485-1200<br>Stuggy@lockelord.com |
|---|---|

1  I declare that I am employed in the office of a member of the bar of this
2  Court at whose direction the service was made.
3  Executed on February 27, 2012, at Irvine, California.

Linda Ponce de Leon

12832101
022712