John B. Sganga, Jr. (CSB # 116,211)
jsganga@kmob.com
Karen Vogel Weil (CSB # 145,066)
kweil@kmob.com
Jon W. Gurka (CSB # 187,964)
jgurka@kmob.com
David G. Jankowski (CSB # 205,634)
djankowski@kmob.com
Marko R. Zoretic (CSB # 233,952)
mzoretic@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
KRUSE TECHNOLOGY PARTNERSHIP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>DAIMLER AG; MERCEDES-BENZ USA, LLC; DETROIT DIESEL CORPORATION; WESTERN STAR TRUCK SALES, INC.; VOLKSWAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC.; CHRYSLER GROUP LLC; DAIMLER TRUCKS NORTH AMERICA LLC; MERCEDES-BENZ, U.S. INTERNATIONAL, INC.; and DAIMLER VANS MANUFACTURING LLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Civil Action No.<br>SACV 10-1066 JVS (RNBx)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR AN ORDER TO FILE UNDER SEAL *CORRECTED* EXHIBIT G IN SUPPORT OF KRUSE TECHNOLOGY PARTNERSHIP'S OPPOSITION TO VOLKSWAGEN AG AND VOLKSWAGEN GROUP OF AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT<br><br>Date: March 19, 2012<br>Time: 1:30 p.m.<br>Location: Courtroom 10C<br><br>Hon. James V. Selna |

The Court, having fully considered the Application for an Order to File Under Seal *Corrected* Exhibit G in connection with Kruse Technology Partnership's ("Kruse") Opposition to the VW Defendants' Motion for Summary Judgment of Non-Infringement, hereby grants the motion. It is **ORDERED** that *Corrected* Exhibit G shall be filed under seal.

Dated: 3.8.12

Hon. James V. Selna
United States District Court Judge

# PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On March 7, 2012, I served the within **[PROPOSED] ORDER GRANTING APPLICATION FOR AN ORDER TO FILE UNDER SEAL *CORRECTED* EXHIBIT G IN SUPPORT OF KRUSE TECHNOLOGY PARTNERSHIP'S OPPOSITION TO VOLKSWAGEN AG AND VOLKSWAGEN GROUP OF AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** on the parties or their counsel shown below as follows:

| Defendants Volkswagen Group of America, Inc. and Volkswagen AG<br><br>**VIA EMAIL:** | John F. Sweeney<br>Steven F. Meyer<br>LOCKE LORD, LLP<br>3 World Financial Center, 21st Floor<br>New York, NY 10281<br>Telephone: (212)415-8600<br>Fax: (212)303-2754<br>jsweeney@lockelord.com<br>smeyer@lockelord.com<br><br>Stephen A. Tuggy<br>LOCKE LORD, LLP<br>300 S. Grand Avenue, Suite 2600<br>Los Angeles, California 90071<br>Telephone: (213)485-1500<br>Fax: (213)485-1200<br>Stuggy@lockelord.com |
|---|---|

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 7, 2012, at Irvine, California.

*[signature]*
Linda Ponce de Leon

12832101
022712
12894200

-2-