John B. Sganga, Jr. (CSB # 116,211)
jsganga@kmob.com
Karen Vogel Weil (CSB # 145,066)
kweil@kmob.com
Jon W. Gurka (CSB # 187,964)
jgurka@kmob.com
David G. Jankowski (CSB # 205,634)
djankowski@kmob.com
Marko R. Zoretic (CSB # 233,952)
mzoretic@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
KRUSE TECHNOLOGY PARTNERSHIP

Scott W. Doyle (*Pro Hac Vice*)
scott.doyle@shearman.com
Jonathan R. DeFosse (*Pro Hac Vice*)
jonathan.defosse@shearman.com
Michel Souaya (*Pro Hac Vice*)
michel.souaya@shearman.com
SHEARMAN & STERLING LLP
801 Pennsylvania Ave., N.W., Suite 900
Washington, DC 20004
Telephone: (202) 508-8030
Facsimile: (202) 661-7329

Ben M. Davidson (CSB # 181464)
bdavidson@davidson-lawfirm.com
Heather H. Fan (CSB # 215201)
hfan@davidson-lawfirm.com
DAVIDSON LAW GROUP
11377 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 473-2300
Facsimile: (310) 473-2941

Attorneys for Defendants
DAIMLER AG, MERCEDES-BENZ USA LLC, MERCEDES-BENZ U.S. INTERNATIONAL INC., and DAIMLER VANS MANUFACTURING LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>DAIMLER AG; MERCEDES-BENZ USA, LLC; DETROIT DIESEL CORP.; WESTERN STAR TRUCK SALES, INC.; VOLKSWAGEN AG; VOLKSWAGEN GROUP OF | Civil Action No.<br>SACV 10-1066 JVS (RNBx)<br><br>**JOINT STIPULATION BETWEEN KRUSE AND THE DAIMLER DEFENDANTS TO DISMISS DAIMLER'S REMAINING COUNTERCLAIMS AND TO REQUEST ENTRY OF A FINAL JUDGMENT** |

| | | |
|---|---|---|
| 1 | AMERICA, INC., d/b/a AUDI OF AMERICA, INC.; CHRYSLER GROUP LLC; DAIMLER TRUCKS NORTH AMERICA LLC; MERCEDES-BENZ, U.S. INTERNATIONAL, INC.; and DAIMLER VANS MANUFACTURING LLC, | ) Hon. James V. Selna )  )  )  )  )  )  )  ) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Defendants. | ) |
| 6 | AND RELATED COUNTERCLAIMS. | ) ) |
| 7 | | ) |

## STIPULATION

WHEREAS, on February 25, 2011, Kruse Technology Partnership filed its Second Amended Complaint in this action [Dkt. No. 167] alleging infringement of the '562, '904, and '704 patents by Daimler AG, Mercedes-Benz USA LLC, Mercedes-Benz U.S. International Inc., and Daimler Vans Manufacturing, LLC (collectively, the "Daimler Defendants");

WHEREAS, on March 10 and March 21, 2011, the Daimler Defendants filed Answers to the Second Amended Complaint [Dkt. Nos. 185, 186, 203, and 204], and through its Answers denied having committed any act of infringement of the '562, '904, or '704 patents and further pleaded counterclaims for declaratory judgment of non-infringement, invalidity, and unenforceability of the patents;

WHEREAS, on January 24, 2012, the Court issued an Order granting Kruse's Motion to Dismiss all Remaining Claims and Counterclaims as to the Daimler Defendants based on U.S. Patent No. 6,405,704 [Dkt. No. 448];

WHEREAS, on March 21, 2012, the Court issued an Order granting the Daimler Defendants' Motion for Summary Judgment of Non-Infringement of the '562 patent and the '904 patent [Dkt. No. 497]; and

WHEREAS, to enable the Court to enter final judgment as between the Daimler Defendants and Kruse on the issues of infringement of the '562 and '904 patents, the remaining counterclaims of the Daimler Defendants seeking declaratory judgments of invalidity and unenforceability of the '562 and '904 patents are to be dismissed, and the Daimler Defendants are willing to stipulate to such a dismissal, without prejudice;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to an order of this Court, that:

- The Court shall dismiss, without prejudice, the remaining counterclaims of the Daimler Defendants against Kruse seeking declaratory judgments of invalidity and unenforceability of the '562 and '904 patents pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;
- The Court shall enter the **[Proposed] Final Judgment as to Kruse and the Daimler Defendants** lodged herewith, which will dispose of the Daimler Defendants' remaining counterclaims and enter Final Judgment on claims between Kruse and the Daimler Defendants relating to infringement of the '562 and '904 patents, without prejudice to all rights of the parties to appeal and further address the claims on the merits;
- The Daimler Defendants reserve their rights to seek fees and costs pursuant to 35 U.S.C. § 285.

Dated: April 4, 2012   SHEARMAN & STERLING LLP

By: */s/ Scott W. Doyle*
Scott W. Doyle
Jonathan R. DeFosse
Michel Souaya

Attorneys for Defendants
DAIMLER AG, MERCEDES-BENZ USA LLC, MERCEDES-BENZ U.S. INTERNATIONAL INC., and DAIMLER VANS MANUFACTURING LLC

Dated: April 4, 2012   KNOBBE, MARTENS, OLSON & BEAR LLP

By: */s/ Marko R. Zoretic*
*(with permission Heather H. Fan)*
John B. Sganga, Jr.
Karen Vogel Weil
David G. Jankowski
Marko R. Zoretic

Attorneys for Plaintiff
KRUSE TECHNOLOGY PARTNERSHIP

2