John F. Sweeney (*Pro Hac Vice*)
jsweeney@lockelord.com
Steven F. Meyer (*Pro Hac Vice*)
smeyer@lockelord.com
LOCKE LORD LLP
3 World Financial Center, 21st Floor
New York, New York  10281
Phone: 212-415-8600
Fax: 212-303-2754

Stephen A. Tuggy (SBN 120416)
stuggy@lockelord.com
LOCKE LORD LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, California  90071
Phone:  213-485-1500
Fax:  213-485-1200

Attorneys for Defendants
VOLKSWAGEN GROUP OF AMERICA, INC. AND VOLKSWAGEN AG

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAIMLER AG; MERCEDES-BENZ USA, LLC; DETROIT DIESEL CORP.; WESTERN STAR TRUCK SALES, INC.; VOLKSWAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC.; CHRYSLER GROUP LLC; DAIMLER TRUCKS NORTH AMERICA LLC; MERCEDES-BENZ, U.S. INTERNATIONAL, INC.; and DAIMLER VANS MANUFACTURING LLC,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No.<br>SACV 10-1066 JVS (RNBx)<br><br>**FINAL JUDGMENT AS TO KRUSE AND THE VW DEFENDANTS**<br><br>Hon. James V. Selna |

The Motion for Summary Judgment of Non-Infringement of Defendants Volkswagen AG and Volkswagen Group of America, Inc. (jointly, the "VW Defendants") came on for hearing before this Court on March 19, 2012. The Court granted the VW Defendants' motion for an order under Rule 56 of the Federal Rules of Civil Procedure that judgment be entered in favor of the VW Defendants and against Plaintiff Kruse Technology Partnership ("Kruse") on the grounds there is no genuine dispute as to any material fact and the VW Defendants are entitled to judgment of non-infringement of U.S. Patent Nos. 5,265,562 and 6,058,904 as a matter of law.

Thereafter, the VW Defendants and Kruse entered into a stipulation under which the VW Defendants agreed to dismiss their remaining counterclaims against Kruse seeking declaratory judgments of invalidity and unenforceability of U.S. Patent Nos. 5,265,562 and 6,058,904, without prejudice. In accordance with the above-described order and stipulation,

IT IS ORDERED, ADJUDGED, AND DECREED that:

(1) Judgment is entered in favor of the VW Defendants and against Kruse as to the claims of infringement of U.S. Patent Nos. 5,265,562 and 6,058,904 set forth in Kruse's Second Amended Complaint and as to the VW Defendants' counterclaims seeking declarations of non-infringement of those patents as set forth in the Answers of the VW Defendants;

(2) The VW Defendants' counterclaims against Kruse seeking declaratory judgments of invalidity and unenforceability of U.S. Patent Nos. 5,265,562 and 6,058,904 are dismissed, without prejudice; and

(3) Kruse takes nothing by way of its claims asserted against the VW Defendants and the parties reserve all issues for appeal.

Dated: April 10, 2012

_____
Hon. James V. Selna
United States District Court Judge