| | |
|---|---|
| 1 | John B. Sganga, Jr. (CSB # 116,211) |
| | jsganga@kmob.com |
| 2 | Karen Vogel Weil (CSB # 145,066) |
| | kweil@kmob.com |
| 3 | Jon W. Gurka (CSB # 187,964) |
| | jgurka@kmob.com |
| 4 | David G. Jankowski (CSB # 205,634) |
| 5 | djankowski@kmob.com |
| | Marko R. Zoretic (CSB # 233,952) |
| 6 | mzoretic@kmob.com |
| 7 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | 2040 Main Street, Fourteenth Floor |
| 8 | Irvine, CA 92614 |
| | Telephone:   (949) 760-0404 |
| 9 | Facsimile:   (949) 760-9502 |

Attorneys for Plaintiff
KRUSE TECHNOLOGY PARTNERSHIP

| | |
|---|---|
| Scott W. Doyle (*Pro Hac Vice*) | Ben M. Davidson |
| scott.doyle@shearman.com | bdavidson@davidson-lawfirm.com |
| Jonathan R. DeFosse (*Pro Hac Vice*) | Heather H. Fan |
| jonathan.defosse@shearman.com | hfan@davidson-lawfirm.com |
| Michel Souaya (*Pro Hac Vice*) | DAVIDSON LAW GROUP |
| michel.souaya@shearman.com | 11377 W. Olympic Blvd. |
| SHEARMAN & STERLING LLP | Los Angeles, CA 90064 |
| 801 Pennsylvania Ave., N.W., Suite 900 | Telephone:  (310)473-2300 |
| Washington, DC 20004 | Fax:  (310)473-2941 |
| Telephone:  (202) 508-8030 | |
| Fax:  (202) 661-7329 | |

Attorneys for Defendant
DAIMLER AG, MERCEDES-BENZ USA, LLC,, MERCEDES-BENZ US INTERNATIONAL, INC. and DAIMLER VANS MANUFACTURING, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP, | ) | Civil Action No. |
| | ) | SACV 10-1066 JVS (RNBx) |
| Plaintiff, | ) | |
| | ) | **JOINT STIPULATION** |
| v. | ) | **VOLUNTARILY DISMISSING** |
| | ) | **ALL CLAIMS BETWEEN KRUSE** |
| DAIMLER AG; et al., | ) | **TECHNOLOGY PARTNERSHIP** |
| | ) | **AND THE DAIMLER** |
| Defendants. | ) | **DEFENDANTS** |
| | ) | |
| AND RELATED COUNTERCLAIM | ) | Hon. James V. Selna |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a) and an agreement between Plaintiff Kruse Technology Partnership ("Kruse") and Defendants Daimler AG, Mercedes-Benz USA LLC, Daimler Vans Manufacturing LLC, and Mercedes-Benz U.S. International, Inc. (collectively, the "Daimler Defendants"), Kruse voluntarily dismisses with prejudice all claims against the Daimler Defendants and the Daimler Defendants voluntarily dismiss with prejudice all claims and counterclaims against Kruse in this district court action.

All parties shall bear their own costs and attorney fees.

A Proposed Order is attached hereto.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 4, 2012    By: */s/ David G. Jankowski*
John B. Sganga, Jr.
Karen Vogel Weil
Jon W. Gurka
David G. Jankowski
Marko R. Zoretic

Attorneys for Plaintiff
KRUSE TECHNOLOGY PARTNERSHIP

Dated: October 4, 2012    By: */s/ Scott W. Doyle*
*(with permission David G. Jankowski)*

SHEARMAN & STERLING LLP
Scott W. Doyle
Jonathan R. DeFosse
Michel Souaya

DAVIDSON LAW GROUP
Ben M. Davidson
Heather H. Fan

Attorneys for Defendants DAIMLER AG, MERCEDES-BENZ USA, LLC,, MERCEDES-BENZ US INTERNATIONAL, INC. and DAIMLER VANS MANUFACTURING, LLC

14098543

-1-