John F. Sweeney (*Pro Hac Vice*)
jsweeney@lockelord.com
Steven F. Meyer (*Pro Hac Vice*)
smeyer@lockelord.com
LOCKE LORD LLP
3 World Financial Center, 21st Floor
New York, New York 10281
Phone: 212-415-8600
Fax: 212-303-2754

Stephen A. Tuggy (SBN 120416)
stuggy@lockelord.com
LOCKE LORD LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, California 90071
Phone: 213-485-1500
Fax: 213-485-1200

Attorneys for Defendants
VOLKSWAGEN GROUP OF AMERICA, INC. AND VOLKSWAGEN AG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRUSE TECHNOLOGY PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>DAIMLER AG; MERCEDES-BENZ USA, LLC; DETROIT DIESEL CORP.; WESTERN STAR TRUCK SALES, INC.; VOLKSWAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC.; CHRYSLER GROUP LLC; DAIMLER TRUCKS NORTH AMERICA LLC; MERCEDES-BENZ, U.S. INTERNATIONAL, INC.; and DAIMLER VANS MANUFACTURING LLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No.<br>SACV 10-1066 JVS (RNBx)<br><br>**FINAL STATEMENT OF DISMISSAL OF CASE AND ACKNOWLEDGEMENT OF SATISFACTION OF KRUSE TECHNOLOGY PARTNERSHIP'S PAYMENT OF COSTS TO VOLKSWAGEN AG AND VOLKSWAGEN GROUP OF AMERICA, INC.**<br><br>Hon. James V. Selna |

1. IT IS HEREBY ACKNOWLEDGED by Defendants VOLKSWAGEN AG and VOLKSWAGEN GROUP OF AMERICA, INC. (jointly, "Volkswagen") that Volkswagen has accepted payment from KRUSE TECHNOLOGY PARTNERSHIP ("Kruse") in the amount of $33,080.44 in full satisfaction of the taxing of costs in the present litigation between the parties, including:

- an original order of taxable costs by the Court Clerk in the district court action in the amount of $20,764.84 (Docket No. 537);
- a taxing of additional costs by Judge Selna in the district court action in the amount of $12,013.68 (Docket No. 552); and
- a taxing of costs in the Court of Appeals for the Federal Circuit in the amount of $301.92 (Bill of Costs filed on October 21, 2013).

IT IS FURTHER ACKNOWLEDGED by Volkswagen and Kruse that all legal proceedings in connection with this lawsuit are terminated, and that there are no outstanding legal obligations, causes of action, debts, or judgments remaining between the parties.

Dated: December 3, 2013

LOCKE LORD LLP

By: /s/ John F. Sweeney
John F. Sweeney
Steven F. Meyer
Stephen A. Tuggy

Attorneys for Volkswagen Group of America, Inc. and Volkswagen AG

Dated: 11/26, 2013

KNOBBE, MARTENS, OLSON & BEAR LLP

By: /s/ John B. Sganga, Jr.
John B. Sganga, Jr.
Karen Vogel Weil
David G. Jankowski
Marko R. Zoretic

Attorneys for Kruse Technology Partnership

16696231

1